DETERMINED IN THE

# Supreme Court of Judicature,

OF THE

# STATE OF NEW JERSEY,

FEBRUARY TERM, 1827.

---

*THOMAS BRANSON *vs.* EZRA SHINN. [1*

The neglect of the plaintiff to file his declaration in time is not a ground to discharge the defendant on common bail.

---

*Ryall,* on behalf of the defendant, moved that he might be discharged on common bail, because the plaintiff had neglected for two terms to file his declaration.

*Wall* opposed the motion, as being unfounded in the practice, and unsupported by any rule of this court.

*Wood* replied.

The CHIEF JUSTICE said, that the court were all of opinion the application could not be sustained. The English practice

on this subject depends upon a rule of court, and has never been adopted here; and, we think, ought not to be adopted, for the defendant has a remedy by the practice act, if the plaintiff neglects to file his declaration in time.

Motion denied.